# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

### No. 4:11-CR-00037-1D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RONALD LEE COGGINS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court for the purpose of setting Defendant's competency hearing and detention hearing. On May 6, 2011, the Court granted Defendant's motion to continue his detention hearing and for competency evaluation pursuant to 18 U.S.C. § 4241 [DE-18]. As the competency evaluation has been completed and a report filed with the Court, in conformity with 18 U.S.C. §§ 4241(a), (b) and 4247(b), Defendant's competency hearing and detention hearing are hereby set for **September 28, 2011 at 10:00a.m.** in the 5th Floor Courtroom of the Terry Sanford Federal Building in Raleigh, North Carolina.

This the 20th day of September, 2011.

DAVID W. DANIEL
United States Magistrate Judge