# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

No. 4:11-CR-00037-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD LEE COGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's unopposed oral motion to continue his competency hearing and detention hearing. The competency hearing and detention hearing are hereby reset for **Tuesday, October 18, 2011 at 10:30 a.m.** in the Courthouse Annex, Greenville, North Carolina.

This the 14th day of October, 2011.

_____
DAVID W. DANIEL
United States Magistrate Judge